[No. 51558-6-I.  Division One.  February 2, 2004.]

Tom G. Spyridis, *Appellant*, v. The Department of Labor and Industries, et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-22905-1, Bruce W. Hilyer, J., entered November 21, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 51684-1-I.  Division One.  February 2, 2004.]

The State of Washington, *Respondent*, v. Valentin Silva Rivera, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04571-3, Michael Hayden, J., entered November 30, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 52012-1-I.  Division One.  February 2, 2004.]

Randy E. Simms, *Appellant*, v. The Department of Labor and Industries, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12747-9, Laura Gene Middaugh, J., entered March 12, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52063-6-I.  Division One.  February 2, 2004.]

The State of Washington, *Respondent*, v. Randy Brown, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10036-4, Jay V. White, J., entered February 24, 2003. *Affirmed* by unpublished per curiam opinion.